1

2

3

4

5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6                                              * * *

7   TRUSEAL TECHNOLOGIES, INC.,            )
                                           )
8            Plaintiff,                     )
                                           )       2:08-cv-01338-JCM-LRL
9   v.                                      )
                                           )       **O R D E R**
10  BEIJING HUALI ARCHITECTURE             )
    DECORATION CO., LTD.,                   )
11                                          )
             Defendant.                     )
12  _____   )

13        Before the court is Morris, Manning & Martin LLP and Pico Rosenberger's Motion to Withdraw

14  as Counsel for Defendant (#81, filed under seal June 8, 2010).  For good cause shown,

15        IT IS ORDERED that the Motion (#81) is granted.

16        Defendant is advised that a corporation may appear in federal court only through licensed

17  counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).  Default against a

18  corporation, or dismissal of its claims, is a permissible sanction for its failure to comply with the

19  requirement that it be represented by counsel.  *United States v. High Country Broadcasting Co.*, 3 F.3d

20  1244, 1245 (9th Cir. 1993).

21        IT IS THEREFORE ORDERED that defendant shall retain new counsel not later than August

22  6, 2010.  New counsel shall file a notice of appearance not later than **July 30, 2010**.

23  . . .

24  . . .

25  . . .

26  . . .

1    IT IS FURTHER ORDERED that Morris, Manning & Martin LLP and Pico Rosenberger shall

2  forthwith provide copies of this order to the defendant, and file written proof of such service not later

3  than **June 18, 2010**.

4    DATED this 15th day of June, 2010.

5

6    _____

7    **LAWRENCE R. LEAVITT**
   **UNITED STATES MAGISTRATE JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26